# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL ELEVATOR BARGAINING ASSOCIATION, *et al.*, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO.  21-3871 |
| LOCAL 5, INTERNATION UNION OF ELEVATOR CONSTRUCTORS, *et al.*, | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of June 2022, upon consideration of Defendants' pending Motions before the Court, **IT IS HEREBY ORDERED AND DECREED** that:

1. Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF No. 12) is **DENIED AS MOOT**. Plaintiffs filed an Amended Complaint on October 21, 2021 and Defendants have filed a Motion to Dismiss Plaintiffs' Amended Complaint.

2. Defendants' Motion for Leave to File a Reply Brief (ECF No. 17) is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker

Hon. Petrese B. Tucker, U.S.D.J.